IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV89-MU

| | |
|---|---|
| WILLIE FREDERICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AUSTIN INSULATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon the Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. The court issued a Roseboro notice to the *pro se* Plaintiff, directing him to file a response by May 6, 2005. The Plaintiff has failed to respond or request an extension of time to respond. It appears to the court that the Plaintiff's Complaint is not timely filed.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby GRANTED.

**Signed: August 29, 2005**

Graham C. Mullen
Chief United States District Judge