# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Frederick,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                  3:05-cv-89

Austin Insulation,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/29/05 Order.

**Signed: August 30, 2005**

Frank G. Johns, Clerk
United States District Court