IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV89-MU

| | | |
|---|---|---|
| WILLIE FREDERICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AUSTIN INSULATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the *pro se* Plaintiff's motion to reconsider the court's Order of August 29, 2005 dismissing his Title VII Complaint. Plaintiff's action was instituted more than two and one-half years after Plaintiff received the Dismissal and Notice of Rights issued by the EEOC on the charges made by the Plaintiff in his Charge of Discrimination. Plaintiff was required to file his Complaint within ninety days of his receipt of the Notice. Thus, his action is untimely, dismissal was appropriate, and his motion to reconsider is hereby DENIED.

IT IS SO ORDERED.

**Signed: November 22, 2005**

Graham C. Mullen
Chief United States District Judge